# EXHIBIT A – STATE COURT DOCUMENTS

1. Plaintiff's Original Petition
2. Case Information Sheet
3. State Court Docket Sheet
4. Summary/Case Details Printout

2017-42457 / Court: 269

6/26/2017 4:28 PM
Chris Daniel - District Clerk Harris County
Envelope No. 17845677
By: Justin Kitchens
Filed: 6/26/2017 4:28 PM

CAUSE NO.

| | | |
|---|---|---|
| JOSEPH L. KNITTER | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| SIG SAUER INC. | § | |
| | § | |
| *Defendant.* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff, Joseph L. Knitter, by and through undersigned counsel, brings this cause of action against Defendant, Sig Sauer Inc. ("Sig Sauer" or "Defendant"), and alleges as follows:

### A. PARTIES

1. Plaintiff, Joseph L. Knitter, ("Plaintiff") is an individual who is a citizen and resident of the State of Texas.

2. Defendant, Sig Sauer Inc., is a foreign corporation, incorporated under the laws of the State of Delaware, with a principal place of business in the State of New Hampshire. Defendant may be served with process by serving its registered agent in Texas, National Corporate Research, Ltd., 1601 Elm St., Suite 4360, Dallas, Texas 75201.

### B. VENUE & JURISDICTION

3. Venue is proper in Harris County, Texas pursuant to Tex. Civ. Prac. & Rem. Code §15.002(a) because all or a substantial part of the events giving rise to the claim occurred in Harris County and Defendants reside in Harris County. This court has jurisdiction over this case and the damages sought are within the jurisdictional limits of the court.

## C. FACTS

4. At all times relevant herein, Sig Sauer was and is engaged in the business of designing, manufacturing, distributing, and selling firearms, including the Sig Sauer Model P938 Black w/ambi safety, S/N 52B029241 (the "P938 Pistol").

5. The P938 Pistol was manufactured with the thumb safety installed backwards which resulted in the safety not engaging properly and hanging up or sticking.

6. On June 28, 2015, Mr Knitter and a friend went fishing in Freeport, Texas. Mr. Knitter went to his vehicle to retrieve some fishing equipment, while carrying his concealed carry weapon, the P938 Pistol. The gun was loaded and the safety engaged. He carried it in a holster clipped to the pocket of his shorts.

7. He removed the gun from its holster to unload it and safely store the weapon in his vehicle, and released the clip. When he attempted to properly remove the bullet from the chamber by placing his hand over the barrel of the gun to push back the slide, the weapon discharged, firing through Mr. Knitter's hand and causing him severe injury and permanent disability.

8. At the time the P938 Pistol discharged, the safety was engaged. The P938 Pistol was manufactured with the thumb safety installed backwards. Due to the way the P938 Pistol is designed, this resulted in the safety hanging up or sticking and left the P938 Pistol in a dischargeable condition.

## D. CLAIMS FOR RELIEF

### I. Strict Liability – Manufacturing Defect

9. Defendant Sig Sauer is the manufacturer of the P938 Pistol. The P938 Pistol

Certified Document Number: 75673925 - Page 2 of 6

was manufactured with the thumb safety indent installed backwards, which caused the P938 Pistol to be dischargeable with the safety engaged.

10. The P938 Pistol reached the Plaintiff without substantial change in its condition, including the condition of the P938 Pistol's safety mechanism.

11. The condition of the P938 Pistol's safety mechanism rendered it unreasonably dangerous.

12. The unreasonably dangerous nature of the P938 Pistol as manufactured proximately caused the Plaintiff's injuries.

## II. Strict Liability – Design Defect

13. Defendant Sig Sauer designed the P938 Pistol.

14. Sig Sauer designed the safety mechanism on the P938 Pistol such that the thumb safety indent could be installed backwards, and further designed the P938 Pistol's safety mechanism such that the pistol can discharged when the thumb safety indent is installed backwards.

15. A reasonable alternative design of the P938 Pistol would avoid one or both of these conditions.

16. Sig Sauer's design of the P938 Pistol rendered it unreasonably dangerous.

17. The P938 Pistol's unreasonably dangerous condition proximately caused the Plaintiff's injury.

## III. Strict Liability – Marketing Defect

18. Sig Sauer knew, or in the exercise of ordinary care should have known, of the P938 Pistol's propensity to unexpectedly discharge with the safety engaged, yet failed to

Certified Document Number: 75673925 - Page 3 of 6

notify or warn the Plaintiff of the propensity, either before or after his purchase of the P938 Pistol.

19. Neither Plaintiff nor the general public recognized the risks associated with the P938 Pistol without such a warning.

20. Sig Sauer failed to warn Plaintiff of the risks associated with use of the P938 Pistol both before and after the sale and purchase of the defective product.

21. Failure to inform Plaintiff of the risk of discharge with the P938's safety engaged proximately caused Plaintiff's injuries.

## IV. Negligence and Gross Negligence

22. Plaintiff realleges the facts and bases for liability in paragraphs 9-21 as if fully stated in this Negligence and Gross Negligence Section.

23. Defendant Sig Sauer was negligent in the design manufacture, testing, inspection and marketing of the P938 Pistol sold to Plaintiff.

24. P938 Pistol's propensity to unexpectedly discharge with the safety engaged causes it to be unreasonably dangerous.

25. Sig Sauer, in the exercise of ordinary care, should have designed or manufactured the P938 Pistol so that it could not discharge with the safety engaged.

26. Sig Sauer, in the exercise of ordinary care, should have inspected and tested the P938 Pistol after it was manufactured but before it was distributed to ensure that it could not discharge with the safety engaged.

27. Sig Sauer knew, or in the exercise of ordinary care, should have known, that the P938 Pistol was defective and unreasonably dangerous in the condition that it reached

Certified Document Number: 75673925 - Page 4 of 6

the Plaintiff.

28. Sig Sauer, in the exercise of ordinary care, should have informed Plaintiff of the risk of the P938 Pistol discharging with the safety engaged.

29. Sig Sauer had actual knowledge of the problems with the P938 Pistol at the time it was sold to Plaintiff, in particular the P938 Pistol's propensity to unexpectedly discharge with the safety engaged causes it to be unreasonably dangerous, such that the conduct of Sig Sauer was grossly negligent.

30. Sig Sauer's negligence and gross negligence proximately caused Plaintiff's injuries.

### E. ACTUAL AND PUNITIVE DAMAGES

31. Plaintiff's injuries include, but are not limited to

- Ulnar neuropathy;
- Bilateral medical nerve lesions at the wrist;
- Ulnar nerve damage and impact;
- Nerve compression from a ganglion cyst; and
- Fragments of fibroconnective tissue with a myxiod degeneration.

32. Defendant is also liable for punitive damages in an amount to be determined because of Defendant's grossly negligent conduct.

### F. JURY DEMAND

33. Plaintiff requests a trial by jury.

### G. PRAYER

Plaintiff respectfully requests that the Court enter judgment in his favor and against

Certified Document Number: 75673925 - Page 5 of 6

Sig Sauer and award Plaintiff:

a. Compensatory damages (including but not limited to past medical expenses and future medical expenses, past lost wage earning capacity and future loss of wage earning capacity);

b. Special damages (including but not limited to past and future physical pain, past and future loss of enjoyment of life, and past and future impairment);

c. All costs and expenses of this suit to which Plaintiff is entitled pursuant to the laws and statutes of the State of Texas;

d. Pre-judgment and post-judgment interest at the highest rate allowed; and

Such other and further relief as may be just and proper, at law or equity.

FELDMAN & FELDMAN, P.C.

_____
Cris Feldman
State Bar No.: 24112613
cris.feldman@feldman.law
Benjamin W. Allen
State Bar No. 24069288
ben.allen@feldman.law
3355 West Alabama Street, Suite 1220
Houston, TX 77098
(713) 986-9471 Telephone
(713) 986-9472 Facsimile

ATTORNEYS FOR PLAINTIFF

Certified Document Number: 75673925 - Page 6 of 6



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   July 19, 2017


Certified Document Number:        75673925 Total Pages:  6


Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

6/26/2017 4:28:54 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 17845677
By: KITCHENS, JUSTIN R
Filed: 6/26/2017 4:28:54 PM

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: 2017-42457 / Court: 269          COURT *(FOR CLERK USE ONLY)*:

STYLED JOSEPH L. KNITTER V. SIG SAUER INC.
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Cris Feldman | Email:<br>cris.feldman@feldman.law | Plaintiff(s)/Petitioner(s):<br><br>Joseph L. Knitter | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| Address:<br>3355 W. Alabama St., Suite 1220 | Telephone:<br>713-986-9471 | | Additional Parties in Child Support Case: |
| | | Defendant(s)/Respondent(s): | Custodial Parent: |
| City/State/Zip:<br>Houston, TX 77098 | Fax:<br>713-986-9472 | Sig Sauer Inc. | Non-Custodial Parent: |
| Signature: | State Bar No:<br>24112613 | [Attach additional page as necessary to list all parties] | Presumed Father: |

### 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional Liability:<br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☒Other Product Liability<br>List Product:<br><br>☐Other Injury or Damage: | ☐Eminent Domain/Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br><br>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—Pre-indictment<br>☐Other: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children<br><br><br>**Other Family Law**<br>☐Enforce Foreign Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities of Minority<br>☐Other: | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Paternity/Parentage<br>☐Termination of Parental Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | | |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: |

### 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:
| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

### 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

Rev 2/13



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   July 19, 2017

Certified Document Number:         75673926 Total Pages: 2

*[signature: Chris Daniel]*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# 2017-42457

**COURT:** 269th
**FILED DATE:** 6/26/2017
**CASE TYPE:** Product Liability - Other



### KNITTER, JOSEPH L
Attorney: FELDMAN, CRISTEN DAVID

### vs.

### SIG SAUER INC

### Docket Sheet Entries

| Date | Comment |
|------|---------|

| HCDistrictclerk.com | KNITTER, JOSEPH L vs. SIG SAUER INC<br>Cause: 201742457   CDI: 7   Court: 269 | 7/21/2017 |
|---|---|---|

**APPEALS**
No Appeals found.

**COST STATMENTS**
No Cost Statments found.

**TRANSFERS**
No Transfers found.

**POST TRIAL WRITS**
No Post Trial Writs found.

**ABSTRACTS**
No Abstracts found.

**SETTINGS**
No Settings found.

**SERVICE**
No Service found.

**NOTICES**
No Notices found.

**SUMMARY**

| CASE DETAILS | | CURRENT PRESIDING JUDGE | |
|---|---|---|---|
| **File Date** | 6/26/2017 | **Court** | 269th |
| **Case (Cause) Location** | Civil Intake 1st Floor | **Address** | 201 CAROLINE (Floor: 13) |
| **Case (Cause) Status** | Active - Civil | | HOUSTON, TX 77002<br>Phone:7133686370 |
| **Case (Cause) Type** | Product Liability - Other | **JudgeName** | DAN HINDE |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |
| **Jury Fee Paid Date** | N/A | | |

**ACTIVE PARTIES**

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| KNITTER, JOSEPH L | PLAINTIFF - CIVIL | | FELDMAN, CRISTEN DAVID |
| SIG SAUER INC | DEFENDANT - CIVIL | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 6/26/2017 | ORIGINAL PETITION | | | 0 | | FELDMAN, CRISTEN DAVID | KNITTER, JOSEPH L |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Plaintiff's Original Petition | | 06/26/2017 | 6 |
| -> restricted | CIVIL CASE INFORMATION SHEET | | 06/26/2017 | 2 |