# EXHIBIT B – COUNSEL OF RECORD

## Attorneys for Plaintiff

Cris Feldman
State Bar No. 24112613
Benjamin W. Allen
State Bar No. 24059288
Feldman & Feldman, P.C.
3355 West Alabama St., Suite #1220
Houston, TX 77098
Telephone: (713) 986-9471
Facsimile: (713) 986-9472
Cris.feldman@feldmanlaw.com
Ben.allen@feldmanlaw.com


## Attorneys for Sig Sauer, Inc.

Clifford Bowie Husted
State Bar No. 00796803
Federal ID No. 20775
Strasburger & Price, LLP
909 Fannin, Suite #2300
Houston, TX 77010
Telephone: (713) 951-5634
Facsimile: (713) 951-5660
Bowie.husted@strasburger.com